1  McGREGOR W. SCOTT
   United States Attorney
2  ELLEN V. ENDRIZZI
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2716

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:07-MC-00044-LKK-EFB |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER EXTENDING THE UNITED STATES' TIME TO FILE A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE** |
| v. | |
| 50,000 SHARES OF BROOKSTONE CAPITAL, INC. COMMON STOCK HELD IN THE NAME OF JUSTIN WILEY, | |
| Defendant. | |

It is hereby stipulated by and between the United States of America and Claimant Justin Wiley ("Claimant"), by and through their respective attorneys, as follows:

1. On or about March 5, 2007, Claimant filed a claim, in the administrative forfeiture proceeding, with the Internal Revenue Service ("IRS") regarding the 50,000 shares of Brookstone Capital, Inc. common stock, held in the name of Justin Wiley (the "Shares"), which were seized on or about January 4, 2007.

2. The IRS has sent written notice of intent to forfeit, as required by 18 U.S.C. § 983(a)(1)(A), to all known interested parties. The time has expired for any person to file a claim to the Shares under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other

1 than the Claimant has filed a claim to the Shares, as required by
2 law in the administrative forfeiture proceeding.
3     3.  Under 18 U.S.C. § 983(a)(3)(A), the United States is
4 required to file a complaint for forfeiture against the Shares
5 and/or to obtain an indictment alleging that the Shares are subject
6 to forfeiture within 90 days after a claim has been filed in the
7 administrative forfeiture proceeding, unless the Court extends the
8 deadline for good cause shown or by agreement of the parties.
9     4.  As provided in 18 U.S.C. § 983(a)(3)(A), the parties
10 stipulate and agree to extend to August 30, 2007, the time in which
11 the United States is required to file a civil complaint for
12 forfeiture against the Shares and/or to obtain an indictment
13 alleging that the Shares are subject to forfeiture.
14     5.  Accordingly, the parties agree that the deadline by which
15 the United States shall be required to file a complaint for
16 forfeiture against the Shares and/or to obtain an indictment
17 alleging that the Shares are subject to forfeiture shall be
18 extended to August 30, 2007.

DATED: 23 May 2007            Respectfully submitted,

                              McGREGOR W. SCOTT
                              United States Attorney

                         By:  /s/ Ellen V. Endrizzi
                              ELLEN V. ENDRIZZI
                              Assistant U.S. Attorney


DATED: 5/22/07                /s/ Clyde M. Blackmon
                              CLYDE M. BLACKMON
                              Attorney for Claimant Justin Wiley

                              (Original signature retained by attorney)

2

**O R D E R**

The time in which the United States is required to file a civil complaint for forfeiture against 50,000 shares of Brookstone Capital, Inc. common stock, held in the name of Justin Wiley (the "Shares") and/or to obtain an indictment alleging that the Shares are subject to forfeiture, is extended to August 30, 2007, as agreed to by the parties, pursuant to 18 U.S.C. § 983(a)(3)(A).

IT IS SO ORDERED.

DATED: May 25, 2007.

_[signature]_
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT