1  McGREGOR W. SCOTT
   United States Attorney
2  ELLEN V. ENDRIZZI
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2716

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:07-MC-00044-LKK-EFB |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER EXTENDING THE UNITED STATES' TIME TO FILE A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE** |
| v. | |
| 50,000 SHARES OF BROOKSTONE CAPITAL, INC. COMMON STOCK HELD IN THE NAME OF JUSTIN WILEY, | |
| Defendant. | |

It is hereby stipulated by and between the United States of America and Claimant Justin Wiley ("Claimant"), by and through their respective attorneys, as follows:

1. On or about March 5, 2007, Claimant filed a claim, in the administrative forfeiture proceeding, with the Internal Revenue Service ("IRS") regarding the 50,000 shares of Brookstone Capital, Inc. common stock, held in the name of Justin Wiley (the "Shares"), which were seized on or about January 4, 2007.

2. The IRS has sent written notice of intent to forfeit, as required by 18 U.S.C. § 983(a)(1)(A), to all known interested parties. The time has expired for any person to file a claim to the Shares under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other

1  than the Claimant has filed a claim to the Shares, as required by
2  law in the administrative forfeiture proceeding.
3       3.   Under 18 U.S.C. § 983(a)(3)(A), the United States is
4  required to file a complaint for forfeiture against the Shares
5  and/or to obtain an indictment alleging that the Shares are subject
6  to forfeiture within 90 days after a claim has been filed in the
7  administrative forfeiture proceeding, unless the Court extends the
8  deadline for good cause shown or by agreement of the parties.
9       4.   By Stipulation and Order filed May 29, 2007, the parties
10 stipulated to extend to August 30, 2007, the time in which the
11 United States is required to file a civil complaint for forfeiture
12 against the Shares and/or to obtain an indictment alleging that the
13 Shares are subject to forfeiture.
14      5.   By Stipulation and Order filed August 21, 2007, the
15 parties stipulated to extend to November 28, 2007, the time in
16 which the United States is required to file a civil complaint for
17 forfeiture against the Shares and/or to obtain an indictment
18 alleging that the Shares are subject to forfeiture.
19      6.   By Stipulation and Order filed November 27, 2007, the
20 parties stipulated to extend to February 26, 2008, the time in
21 which the United States is required to file a civil complaint for
22 forfeiture against the Shares and/or to obtain an indictment
23 alleging that the Shares are subject to forfeiture.
24      7.   By Stipulation and Order filed February 15, 2008, the
25 parties stipulated to extend to May 26, 2008, the time in which the
26 United States is required to file a civil complaint for forfeiture
27
28                                   2

against the Shares and/or to obtain an indictment alleging that the Shares are subject to forfeiture.

8. As provided in 18 U.S.C. § 983(a)(3)(A), the parties stipulate and agree to further extend to August 25, 2008, the time in which the United States is required to file a civil complaint for forfeiture against the Shares and/or to obtain an indictment alleging that the Shares are subject to forfeiture.

9. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the Shares and/or to obtain an indictment alleging that the Shares are subject to forfeiture shall be extended to August 25, 2008.

DATED: 5/13/08           Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

By: /s/ Ellen V. Endrizzi
ELLEN V. ENDRIZZI
Assistant U.S. Attorney

DATED: 5/13/08           /s/ Clyde M. Blackmon
CLYDE M. BLACKMON
Attorney for Claimant Justin Wiley

(Original signature retained by attorney)

**O R D E R**

The time in which the United States is required to file a civil complaint for forfeiture against 50,000 shares of Brookstone Capital, Inc. common stock, held in the name of Justin Wiley (the "Shares") and/or to obtain an indictment alleging that the Shares

3

1  are subject to forfeiture, is extended to August 25, 2008, as
2  agreed to by the parties, pursuant to 18 U.S.C. § 983(a)(3)(A).
3       IT IS SO ORDERED.
4       DATED: May 14, 2008

         /s/ Lawrence K. Karlton
         LAWRENCE K. KARLTON
         SENIOR JUDGE
         UNITED STATES DISTRICT COURT

4